UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

   v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

        Defendant.

Case No.: 3:23-CV-1352 (TJM/ML)

## STATUS REPORT

Plaintiff, Jane Doe, pursuant to the Court's Text Order, dated July 30, 2024, ECF 52, hereby provides her status report.

### TOPIC I

### CONFERENCE HELD
### ON JULY 18, 2024

On July 18, 2024, the Court held a telephone conference. Defendant Rees failed to appear, even though the Court had directed him to do so, and even though the Court held the conference telephonically (rather than in-person) solely to accommodate Rees, at his request. *See* Minute Entry July 19, 2024, at 8:45 am.

Rees also failed to comply with Text Order 46, which ordered him to provide a valid mailing address where he can timely receive mail from the Court, an email address to receive email from the Court, and a telephone number where the Court can reach him. **The Court ordered Rees to comply by July 29, 2024.**

The Court granted the motion, by Lippes Mathias LLP, to withdraw as counsel for Rees, who thereby became a *pro se* litigant. **The Court directed Rees to file, by July 29, 2024, (a)**

1

**responses to Plaintiff's then-pending motion to compel discovery [ECF 34], and (b) a status report explaining why he failed to appear at the July 18 teleconference.** The Court scheduled the next hearing for July 29, 2024, and warned Rees that failure to comply with court orders or to engage in discovery may lead to sanctions.

*   *   *

**Thereafter, Rees failed to comply with the foregoing orders, set forth above in bold type**. However, his former counsel did provide an email address and a telephone number for Rees, which now appear on the docket.

TOPIC II

CONFERENCE HELD
ON JULY 29, 2024

On July 29, 2024, the Court held another telephone conference. Rees again failed to appear. **The Court ordered Rees to comply, by August 6, 2024, with the Court's prior orders (set forth above in bold) and to file a detailed status report advising the Court why he failed to appear at the July 29, 2024 conference.**

The Court granted in part, and denied in part, Plaintiff's motion to compel discovery [ECF 34]. **The Court then ordered Rees to comply, by August 12, 2024, by producing certain documents and answering certain interrogatories.**

**The Court ordered the parties to file status reports by August 14, 2024,** and scheduled a conference for August 20, 2024, at 12:00 noon. The Court re-set deadlines for completion of discovery and for dispositive motions (to November 1, 2024, and December 31, 2024, respectively). Finally, the Court again warned Rees that failure to comply with court orders or to engage in discovery may lead to sanctions.

*   *   *

2

**Thereafter, Rees again failed to comply with the foregoing orders, set forth above in bold type (although, as of the time of this filing, he still has time to file his status report)**.

TOPIC III

RECENT ACTIVITY

*First*, on August 2, 2024, Plaintiff's counsel wrote to Rees, asking him to provide certain "corrections" to his prior discovery responses. *See* ECF 36-1 (in which Rees' former counsel stated that "Rees has confirmed [that] certain corrections to his prior responses are necessary.") Plaintiff's counsel asked Rees to provide those corrections by August 12, 2024. Rees, however, has not responded. Plaintiff will, therefore, move to compel.

*Second*, on August 2, 2024, Plaintiff served on Rees certain Requests for Admission. His responses are due on September 3, 2024. If Rees does not respond by that date, Plaintiff will move to compel.

Dated: New York, NY
       August 14, 2024

KENNETH CARUSO LAW LLC

By: /s/ Kenneth A. Caruso
Kenneth A. Caruso
15 W. 72nd Street
New York, NY 10022
Phone: (646) 599-4970
Email: ken.caruso@kennethcarusolaw.com

*Attorneys for Plaintiff, Jane Doe*